# ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeals of - | ) |
| | ) |
| Tetra Tech EC, Inc. | ) ASBCA Nos. 62376-ADR, 62598-ADR |
| | ) |
| Under Contract No. W912DQ-15-D-3005 | ) |

APPEARANCES FOR THE APPELLANT:     William M. Jack, Esq.
                                                              Dorn C. McGrath, Esq.
                                                              Amba M. Datta, Esq.
                                                              Ken M. Kanzawa, Esq.
                                                                Kelley Drye & Warren LLP
                                                                Washington, DC

APPEARANCES FOR THE GOVERNMENT:     Michael P. Goodman, Esq.
                                                                Engineer Chief Trial Attorney
                                                              Thomas J. Ingram, Esq.
                                                                Engineer Trial Attorney
                                                                U.S. Army Engineer District, Omaha

## ORDER OF DISMISSAL

The dispute has been settled.  The appeals are dismissed with prejudice.

Dated:  April 21, 2021

KENNETH D. WOODROW
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA Nos. 62376-ADR, 62598-ADR, Appeals of Tetra Tech EC, Inc., rendered in conformance with the Board's Charter.

Dated: April 21, 2021

PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals